Honorable Ronald B. Leighton

04-CV-05031-ORD

FILED _____ LODGED
_____ RECEIVED

MAY 26 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THE NAUTILUS GROUP INC., a Washington corporation,

    Plaintiff,

v.

SAVVIER, INC., a California corporation,

    Defendant.

No. CV04-5031 RBL

STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF SAVVIER'S COUNTERCLAIM FOR CANCELLATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff The Nautilus Group, Inc. and Defendant Savvier, Inc. stipulate to the dismissal without prejudice of Dkt. No. 26, Counterclaim for Cancellation of Trademark Registration, without costs to either party.

DATED this 23rd day of May, 2006.

PRESTON GATES & ELLIS LLP

By /s/ Marc C. Levy
    Marc C. Levy, WSBA # 19203
    Christopher T. Varas, WSBA # 32875
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 623-7580
Facsimile: (206) 623-7022

COSTA, ABRAMS & COATE, LLP
Joseph P. Costa, *pro hac vice*
Charles M. Coate, *pro hac vice*

Attorneys for Defendant Savvier, Inc.
Savvier, Inc.

DORSEY & WHITNEY LLP

By /s/ Mark S. Carlson
    Paul T. Meiklejohn, WSBA #26569
    David M. Jacobson, WSBA #30125
    Mark S. Carlson, WSBA #17493
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: (206) 903-8800
Facsimile: (206) 903-8820

Attorneys for Plaintiff
The Nautilus Group, Inc.

IT IS SO ORDERED THIS 26th DAY OF May, 2006

_____
UNITED STATES DISTRICT COURT JUDGE

Case No. CV04-5031

PRESTON GATES & ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022